**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| MUHIDIN ALI IBRAHIM, | Civil No. 09-0332 (JRT/RLE) |
| Plaintiff, | |
| v. | |
| JENNIE-O TURKEY STORE, INC., | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

_____

James Kaster, **NICHOLS KASTER, PLLP**, 80 South Eighth Street, Suite 4600, Minneapolis, MN 55402; Tracy Reid, **CENTRAL MINNESOTA LEGAL SERVICES**, 430 First Avenue North, Suite 359, Minneapolis, MN 55401, for plaintiff.

Thomas Nuss, **HORMEL FOODS CORP,** 1 Hormel Place, Austin, MN 55912**,** for defendant.

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on August 14, 2009 [Docket No. 22], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

DATED: August 20, 2009
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge
